# ORIGINAL

Howard Roitman, Esq.
Nevada State Bar #004731
**HOWARD ROITMAN & ASSOCIATES**
8921 W. Sahara Ave., Suite B
Las Vegas, NV 89117
(702) 631-5650
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANN NELSON, | Case No.: 2:13-cv-0546-APG-GWF |
| Plaintiff, | |
| vs. | [District Court, Clark County, Case No. A-13-676854-C, Dept. XIV] |
| AMERICAN FAMILY INSURANCE, a Wisconsin corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEYS

COMES NOW, Plaintiff, JOANN NELSON, and hereby substitutes HOWARD ROITMAN, ESQ. in the place and stead of PAUL W. VANDERWERKEN, ESQ. as her attorney in the above-entitled action.

DATED this 28th day of February, 2014.

_____
JOANN NELSON, Plaintiff

1     I, PAUL W. VANDERWERKEN, ESQ., hereby agree to the substitution of HOWARD

2 ROITMAN, ESQ., as attorney for Plaintiff, JOANN NELSON, in the above-entitled action.

3     DATED this 6th day of March, 2014.

6     PAUL W. VANDERWERKEN, ESQ.
Nev. Bar No. 003659
7     522 S. Seventh Street
Las Vegas, NV 89101

9     I, ROBERT D. VANNAH, ESQ. and MARK L. JACKSON, ESQ. of VANNAH &

10 VANNAH, hereby agree to the substitution of HOWARD ROITMAN, ESQ., as attorney for

11 Plaintiff, JOANN NELSON, in the above-entitled action.

12     DATED this 7 day of March, 2014.

13     VANNAH & VANNAH

15     ROBERT D. VANNAH, ESQ.
16 Nev. Bar No. 002503
400 S. Fourth Street,
17 Las Vegas, NV 89101

20     MARK L. JACKSON, ESQ.
Nev. Bar No. 010905
21     400 S. Fourth Street,
Las Vegas, NV 89101

23 ///

24 ///

25 ///

I agree to be substituted in as attorney of record for Plaintiff, JOANN NELSON, in the place and stead of PAUL W. VANDERWERKEN, ESQ., ROBERT D. VANNAH, ESQ. and MARK L. JACKSON, ESQ.

DATED this 10 day of March, 2014.

HOWARD ROITMAN & ASSOCIATES

HOWARD ROITMAN, ESQ.
Nev. Bar No. 004731
8921 W. Sahara Ave., Ste. B
Las Vegas, NV 89117

**IT IS SO ORDERED.**

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: March 11, 2014**