ORIGINAL

1  Howard Roitman, Esq.
   Nevada State Bar #004731
2  **HOWARD ROITMAN & ASSOCIATES**
   8921 W. Sahara Ave., Suite B
3  Las Vegas, NV 89117
   (702) 631-5650
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8  JOANN NELSON,                      )  Case No.:   2:13-cv-0546-APG-GWF
9           Plaintiff,                )
                                      )  [District Court, Clark County, Case No.
10 vs.                                )  A-13-676854-C, Dept. XIV]
                                      )
11 AMERICAN FAMILY INSURANCE, a       )
   Wisconsin corporation; DOES I through X,)
12 inclusive; and ROE CORPORATIONS I  )
   through X, inclusive,              )
13                                    )
14          Defendants.               )
                                      )
15 _____)

16              **SUBSTITUTION OF ATTORNEYS**

17     COMES NOW, Plaintiff, JOANN NELSON, and hereby substitutes HOWARD ROITMAN,

18 ESQ. in the place and stead of PAUL W. VANDERWERKEN, ESQ. as her attorney in the above-

19 entitled action.

20     DATED this 28th day of February, 2014.

21

22

23                                    _____
24                                    JOANN NELSON, Plaintiff

25

26

27

28

1  I, PAUL W. VANDERWERKEN, ESQ., hereby agree to the substitution of HOWARD
2  ROITMAN, ESQ., as attorney for Plaintiff, JOANN NELSON, in the above-entitled action.
3  DATED this 6th day of March, 2014.

PAUL W. VANDERWERKEN, ESQ.
Nev. Bar No. 003659
522 S. Seventh Street
Las Vegas, NV 89101

I, ROBERT D. VANNAH, ESQ. and MARK L. JACKSON, ESQ. of VANNAH & VANNAH, hereby agree to the substitution of HOWARD ROITMAN, ESQ., as attorney for Plaintiff, JOANN NELSON, in the above-entitled action.

DATED this 7 day of March, 2014.

VANNAH & VANNAH

ROBERT D. VANNAH, ESQ.
Nev. Bar No. 002503
400 S. Fourth Street,
Las Vegas, NV 89101

MARK L. JACKSON, ESQ.
Nev. Bar No. 010905
400 S. Fourth Street,
Las Vegas, NV 89101

///
///
///

1   I agree to be substituted in as attorney of record for Plaintiff, JOANN NELSON, in the place
2   and stead of PAUL W. VANDERWERKEN, ESQ., ROBERT D. VANNAH, ESQ. and MARK L.
3   JACKSON, ESQ.

4   DATED this ___ day of March, 2014.

HOWARD ROITMAN & ASSOCIATES

_____
HOWARD ROITMAN, ESQ.
Nev. Bar No. 004731
8921 W. Sahara Ave., Ste. B
Las Vegas, NV 89117


**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  March 11, 2014**

3