# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOANN NELSON, | ) | |
| Plaintiff, | ) | Case No.  2:13-cv-00546-APG-GWF |
| vs. | ) | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Discovery Deadlines (#24), filed February 28, 2014; Defendant's Opposition to Plaintiff's Motion (#27) filed March 7, 2014; and Plaintiff's Reply to Defendant's Opposition (#29), filed March 11, 2014.  The Court conducted a hearing on March 14, 2014.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Discovery Deadlines (#24) is granted.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **June 23, 2014**
2. Last date to file dispositive motions: **July 23, 2014**
3. Last date to file joint pretrial order: **August 22, 2014**

DATED this 14th day of March, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge