ROBERT W. FREEMAN
Nevada Bar No. 3062
PAMELA L. MCGAHA
Nevada Bar No. 8181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOANN NELSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:13-cv-00546-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and among Plaintiff JOANN NELSON and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY by and through their respective counsel of

...

...

...

...

...

...

...

...

...

...

4848-7013-7373.1

1  record, that all of the above-entitled action shall be dismissed, with prejudice, each party to
2  bear their own attorneys fees and costs.

3  DATED this 2nd day of September, 2014.     DATED this 5 day of September, 2014.

4  HOWARD ROITMAN                              LEWIS BRISBOIS BISGAARD & SMITH LLP
   & ASSOCIATES, INC.

   By: /s/ [signature] Bar # 4124, for         By: /s/ Pamela L. McGaha
6  HOWARD ROITMAN, Esq.                        ROBERT W. FREEMAN
   Nevada Bar No. 004731                       Nevada Bar No. 003062
7  8921 W. Sahara Avenue, Suite B              PAMELA L. MCGAHA, ESQ.
   Las Vegas, Nevada 89117                     Nevada Bar No. 008181
8  Attorneys for Plaintiff                     6385 S. Rainbow Boulevard, Suite 600
   JOANN NELSON                                Las Vegas, Nevada 89118
9                                              Attorneys for Defendant
                                               AMERICAN FAMILY MUTUAL INSURANCE CO.

**ORDER**

IT IS SO ORDERED.

Dated: September 10, 2014.

_____
United States District Judge

4848-7013-7373.1                    2